296 U.S. 626
 56 S.Ct. 149
 80 L.Ed. 445
 The STATE OF MISSOURI, at the relation of Weightstill WOODS, petitioner,
v.
Hon. Nike G. SEVIER.*
 No. 416.
 Supreme Court of the United States
 October 21, 1935
 
 Mr. George A. Edwards, of Chicago, Ill., for petitioner.
 
 
 1
 No opinion filed in court below.
 
 
 2
 Petition for writ of certiorari to the Supreme Court of the State of Missouri denied.
 
 
 
 *
 Rehearing denied 296 U. S. 663, 56 S. Ct. 178, 80 L. Ed. 473.